CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
GEB SHIPPING CO., LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GEB SHIPPING CO., LTD.

            Plaintiff,

    v.

EMMSONS INTERNATIONAL LTD.

            Defendant.
------------------------------------------------------------x

06 CIV.

RULE 7.1 STATEMENT

JUDGE CASEY

06 CV 7649

RECEIVED SEP 22 2006 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff, GEB SHIPPING CO., LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
        September 22, 2006

                              CHALOS, O'CONNOR & DUFFY LLP
                              Attorneys for Plaintiff,
                              GEB SHIPPING CO., LTD.

By: _____
     Owen F. Duffy (OD-3144)
     366 Main Street
     Port Washington, New York 11050
     Tel:    516-767-3600
     Telefax: 516-767-3605