CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
GEB SHIPPING CO., LTD.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 2 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

GEB SHIPPING CO., LTD.

          Plaintiff,

    v.

EMMSONS INTERNATIONAL LTD.

          Defendant.
---------------------------------------------------------------x

JUDGE CASEY



06 CIV.

**ORDER FOR ISSUANCE OF THE PROCESS OF MARITIME ATTACHMENT**

    Upon reading the Verified Complaint for issuance of Process of Maritime Attachment and Garnishment, and the Affidavit of Owen F. Duffy, Esq., attached thereto, and the Court finding that the conditions for an action under Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure appear to exist, it is this 22nd day of September, 2006, by the United States District Court for the Southern District of New York,

    **ORDERED** that the Clerk shall issue Process of Maritime Attachment and garnishment as prayed for in the Verified Complaint; and it is further

    **ORDERED** that the Clerk shall issue supplemental process of attachment against all property, tangible or intangible, including funds, goods, chattels, credits, effects, debts owned by or owed to defendant, EMMSONS INTERNATIONAL LTD., or monies to be paid to discharge a debt owed to the defendant, including monies being electronically transferred by or to EMMSONS INTERNATIONAL LTD., which are in the possession or control of, or being transferred through any garnishee within this District, including, without limitation, property held by or in the possession or control of the following garnishee(s):

1. American Express Bank Ltd.
   American Express Tower
   Three World Financial Center
   New York, New York 10285

2. Bank of America
   40 West 57th Street
   New York, New York 10019

3. Bank of New York
   One Wall Street
   New York, New York 10286

4. Citibank
   Legal Service Intake Unit
   1 Court Square, 7th Floor
   Long Island City, NY 11120

5. Deutsche Bank
   60 Wall Street
   New York, New York 10005

6. HSBC
   452 5th Avenue
   New York, New York

7. JP Morgan Chase
   One Chase Manhattan Plaza
   New York, New York 10081

8. Standard Chartered Bank
   One Madison Avenue
   New York, NY 10010

9. Wachovia Bank
   11 Penn Plaza
   New York, New York 10001

or any of their affiliates and any other garnishee(s) within this district upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to the amount sued for, i.e., US$365,427.17, it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that pursuant to Fed. R. Civ. P., Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B(1)(d)(ii)(C), the Writ of Attachment may be served by any person, who is not less than 18 years old, and who is not a party to this action, and it is further

**ORDERED** that service on any garnishee(s) (i.e. any original garnishee or any garnishee herein) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), that following initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of service of a copy of the Process of Maritime Attachment and Garnishment via facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served.

Dated:  New York, New York
        September 22, 2006

                                        SO ORDERED:

                                        _____
                                        U. S. D. J.

3