UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GEB Shipping Co., Ltd.,

                                   **Plaintiff(s),**

-against-

Emmsons International Ltd.,

                                   **Defendant(s).**

-----------------------------------------------------------X

06 CV 7649 (RCC)(MHD)

**Notice of Court Conference**

Attorney(s) for Plaintiff(s):

Honorable Richard Conway Casey has directed that counsel for all parties herein shall attend a conference at the time place fixed below, for the purpose of case management and scheduling pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**\*COUNSEL FOR THE PLAINTIFF IS DIRECTED TO NOTIFY ALL ATTORNEYS IN THIS ACTION IN WRITING.**

**Date and Place of Conference:**

**December 8, 2006 at the United States Courthouse, 500 Pearl Street, New York, New York 10007, in Courtroom #14C at 9:30 a.m.**

Subjects for consideration at this conference:

1. The Court will request from each attorney, beginning with plaintiff's counsel, a brief oral statement reporting the status of the case, setting forth the factual and legal basis for the claims or defenses and outlining the nature of the dispute (s) to be adjudicated. Subject matter jurisdiction will be considered, as well as any other issue which may be relevant to case management.

2. The Court will establish a Case Management Plan and Schedule (FORM D), following the plan adopted by the Advisory Group pursuant to the Civil Justice Reform Act. A copy of Form D is enclosed. Attorneys in this case are to confer either in person or by telephone, and present, if possible, an agreed upon Case Management Plan which should provide that the case will be ready for trial within six months from the schedule date of the conference. A longer period than six months will be granted by the Court only where the interests of justice require. In the absence of an agreement, the Court will impose its own Case Management Plan and schedule at the conference after hearing counsel.

3. Where there is written consent to trial before the Magistrate Judge, trial will be held on an agreed date certain, and the Magistrate Judge will prepare or amend the Case Management Plan consistently with such date.

**BY ORDER OF THIS COURT:**

Dated: November 27, 2006
New York, New York

*[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEB Shipping Co., Ltd.,

                      *Plaintiff(s),*         06 CV 7649 (RCC)(MHD)

    -against-                       Civil Case Management Plan

Emmsons International Ltd.,

                      *Defendant(s).*

After consultation with counsel for all parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

The case is to be tried by a jury.

        Yes_____                      No_____

Counsel consent to trial by a U.S. Magistrate Judge.

        Yes_____                      No_____

Joinder of additional parties must be accomplished by _____.

Amended pleadings may be filed until_____.

Discovery:

1. First request for production of documents, if any, to be served by _____.

2. Interrogatories pursuant to Rule 33.3 of the Civil Rules of the Southern District of New York to be served by _____. No other interrogatories are permitted except upon prior express permission of Judge Casey.

3. Depositions to be completed by _____.

      a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

      b. Depositions shall proceed concurrently.

c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

d. No depositions shall be extended beyond two business days without prior leave of the Court.

4. Experts, if any, are to be designated by _____, and experts' reports exchanged no later than _____. Experts may be deposed, but such depositions must occur within the time limit set forth for all depositions set forth above.

5. Requests to Admit, if any, are to be served no later than _____.

6. All discovery is to be completed by _____. Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

Dispositive Motions:
    a. All motions and applications shall be governed by the Court's Individual Rules of Practice.

    b. A pre-motion conference will be required before any dispositive motion (including motions to dismiss) is filed.

    c. The Court will confirm the parties' briefing schedule at the pre-motion conference.

    d. After the papers are fully submitted, the parties will be informed whether oral arguments are required.

Trial:
    a. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.
    b. The parties will be required to submit a joint pretrial order at least two weeks in advance of the trial date.

**NEXT CASE MANAGEMENT CONFERENCE** _____.
                                *(To be completed by the Court)*

**DATED: New York, New York**        **SO ORDERED:**

 

                                                  **Hon. Richard Conway Casey**
                                                  **United States District Judge**