Eric Lindquist (EL 4305)
FOX HORAN & CAMERINI LLP
825 Third Avenue
New York, New York 10022
(212) 480-4800
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| GEB SHIPPING CO., LTD., : | |
| : | Index No. 06 Civ 7649 (RCC) |
| Plaintiff, : | |
| : | |
| -against- : | |
| : | |
| EMMSONS INTERNATIONAL, LTD., : | **DISCLOSURE STATEMENT** |
| : | **PURSUANT TO FRCP 7.1** |
| Defendant. : | |

-----------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant, Emmsons International, Ltd. ("Emmsons"), certify that it is a corporation organized and exiting under the laws of India whose shares are traded on the Bombay Stock Exchange. Emmsons has no parent corporation that is traded on the exchanges of the United States, nor does any United States company own more than 10% of its stock.

Dated: New York, New York
       December 7, 2006

                                        FOX HORAN & CAMERINI LLP

                                        By:   /s/ Eric Lindquist
                                              Eric Lindquist (EL 4305)
                                              825 Third Avenue
                                              New York, New York 10022
                                              (212) 480-4800
                                              *Attorneys for Defendant*
                                              *Emmsons International, Ltd.*