

# FOX HORAN & CAMERINI LLP
### 825 THIRD AVENUE
### NEW YORK, NEW YORK 10022

ATTORNEYS AND COUNSELLORS
AT LAW

TELEPHONE: (212) 480-4800
TELECOPIERS: (212) 269-2383
(212) 709-0248

March 6, 2007

Via Telefax to: (212) 805-7939

Hon. Richard C. Casey
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3-7-07

Re: GEB Shipping Co., Ltd. v. Emmsons International Ltd.
Docket No. 06 Civ. 7649

Dear Judge Casey:

We are counsel for the defendant, Emmsons International Ltd., in the above matter. This letter is to request leave to file on Wednesday March 7, *nunc pro tunc*, Defendant's Motion to Dismiss and to Vacate Order of Ex Parte Attachment. The plaintiff consents to the present request.

At the Initial Pretrial Conference held on December 8, 2006, this Court granted defendant's application to file Motion to Dismiss and set motion deadlines as follows: "Motions due by 2/28/07; response by 3/14/07; reply by 3/21/07." That same day, the Court docketed a minute order memorializing these deadlines, along with the Civil Case Management Plan requiring amended pleadings by January 18, 2007, Joinder of Parties by January 8, 2007, and discovery to be completed by February 18, 2008.

Through my error, only the deadlines in the Civil Case Management Plan were put on my calendar. Therefore, although the motion papers were prepared weeks in advance of February 28, they were not filed. This error came to my attention during a conversation with plaintiff's counsel on Monday, March 5, 2007.

To allow the filing of defendant's Motion to Dismiss to be made *nunc pro tunc* will serve the ends of justice and of judicial economy by allowing the defendant to present jurisdictional and other defenses that, if meritorious, will dispose of the case, and will not materially or unfairly prejudice any party.

Respectfully submitted,

Eric Lindquist/EL4305

cc: Owen F. Duffy, counsel for Plaintiff GEB Shipping
(516) 767-3605

*[Handwritten:]* Application granted. The new briefing schedule is: Motions due by March 9, 2007, response by March 23, 2007, reply by April 6, 2007. In accordance with the Court's individual practice rules, Rule 2(D), all papers should be filed on April 6, 200_. The parties are instructed to review the individual practice rules. So ordered. March 7, 2007.

*[Signature: Richard Casey]*