# FOX HORAN & CAMERINI LLP

825 THIRD AVENUE
NEW YORK, NEW YORK 10022

ATTORNEYS AND COUNSELLORS
AT LAW

TELEPHONE: (212) 480-4800
TELECOPIERS: (212) 269-2383
(212) 709-0248

www.foxhorancamerini.com

COUNSEL
RICHARD L. HUFFMAN

DONALD T. FOX
JOHN R. HORAN
EZEQUIEL A. CAMERINI
WILLIAM M. BRODSKY
DAVID C. CAMERINI
PATRICK L. FERRIERE
STEVEN S. HONIGMAN
MICHAEL F. JOHNSTON
WILLIAM S. KOGAN
KATHLEEN M. KUNDAR
ERIC LINDQUIST
EDWARD C. MARSCHNER
JONATHAN MAZER
NORMAN J. RESNICOW
OLEG RIVKIN
V. DAVID RIVKIN
HAROLD ULLMAN
RAFAEL URQUIA II

April 5, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-07
```

**BY FAX (212) 805-7939**
Hon. Kimba M. Wood, Chief Judge
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re: *GEB Shipping Co. Ltd v. Emmsons International Ltd.*,
No. 06 Civ. 7649 (RCC)

Dear Judge Wood:

We are counsel for the defendant in the above entitled matter. Currently before the court is defendant's motion to vacate ex-parte order for process of maritime attachment and garnishment pursuant and to dismiss the complaint. Under the Court's order of March 7, 2007, defendant's reply to plaintiff's response to the motion is due on Friday, April 6.

The time for serving plaintiff's response was extended by agreement of the parties from March 23 to March 28. We received copies of those papers on Friday, March 30. We now request extension of defendant's time to reply from April 6 to April 13, 2007. Plaintiff's counsel consents to this request.

*Granted KMW*

Thank you for your consideration of our request.

SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

**Part I**

Sincerely,

Eric Lindquist
(EL4305)

*Application granted.
So ordered.*

cc: Owen Duffy, Esq.