EXHIBIT

D

# CHALOS, O'CONNOR & DUFFY
## ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos
Owen F. Duffy
Charles S. Cumming
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray
Michael P. Sirawo

*Admitted in NJ

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

Brian T. McCarthy
Associate
bmccarthy@codus-law.com

November 28, 2006

*Via DHL & Electronic Mail*

Emmsons International Limited
101, South Delhi House
No. 12, Zamrudpur Community Centre
Kailash Colony, New Dehli 110 048
Telephone No.: +91-11-29247721
Email Address: corporate@emmsons.com
Attn: Legal Department

Re:   GEB Shipping Co., Ltd. v. Emmsons International Limited
      S.D.N.Y. Civil Index No.: 06 CV 7649 (RCC)
      Our File:    500390.002

### Notice of Attachment
### Notice of Court Conference – December 8, 2006

Dear Sirs:

As you are aware, and further to our letter of November 7, 2006, a copy of which is attached hereto for your ready reference, we are New York attorneys who represent GEB Shipping Co. Ltd. (hereinafter "GEB") in a lawsuit that has been commenced against Emmsons International Limited (hereinafter "Emmsons") in the U.S. District Court for the Southern District of New York in connection with claims for breach of charter-party related to the charter-party dated October 30, 2002 for the vessel M/V EVANGELOS L.

This letter provides you with Notice that United States District Court Judge Richard Conway Casey has Ordered a Court Conference that the attorneys for all parties must attend on December 8, 2006 at 9:30 AM in Courtroom 14C, 500 Pearl Street, New York, New York 10007. A copy of the Judge's Order is attached hereto for your ready reference.

CHALOS, O'CONNOR & DUFFY LLP

Case 2:06-cv-07649-TPG   Document 13-10   Filed 04/19/2007   Page 3 of 4

2

Copies of the relevant pleadings that were filed in the case to obtain Process of Maritime Attachment and the Court's Orders are attached herewith for your guidance. The documents enclosed are the following:

1. Verified Complaint, with Request for Issuance of Maritime Attachment and Garnishment, dated September 22, 2006;
2. Order for Issuance of Process of Maritime Attachment, dated September 22, 2006; and,
3. Process of Maritime Attachment, dated September 22, 2006.

As you are aware, the Process of Maritime Attachment has been executed in that the Process of Maritime Attachment was served on several of the garnishee banks that are listed in the Process of Maritime Attachment at various times. Standard Chartered Bank reports that it has restrained funds being wire transferred through Standard Chartered Bank by Emmsons in the amount of US$274,000.00 on November 6, 2006 and in the amount of $91,427.17 on November 20, 2006. A more detailed description of these attachments can be found in the Answer of Standard Chartered Bank, a copy of which is attached hereto for your ready reference.

As set forth in Supplemental Rule E (4)(f), any person claiming an interest in such property is entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment should not be vacated or other relief granted consistent with the rules. We are, however, of the firm view that there are no grounds for the attachment to be vacated.

Alternatively, whenever Process of Maritime Attachment and Garnishment is issued, the execution of such process shall be stayed, or the property released, on the giving of security, to be approved by the court or clerk, or by the stipulation of the parties, conditioned to answer the judgment of the court or any appellate court. The parties may stipulate the amount and nature of such security.

Under the circumstances, if Emmsons is interested in providing alternate security so as to release the attachment over its funds being held by the garnishee-bank or in discussing settlement of the claim set forth in the Complaint, then I ask that you or your legal counsel contact the undersigned.

2

-3-

I thank you for your attention to this matter, and I look forward to hearing from you.

Very truly yours,

CHALOS, O'CONNOR & DUFFY

Brian T. McCarthy

Enclosures ****