EXHIBIT

F



## BILL OF EXCHANGE

REF.: EMS/OBC/RICE/026/2006-07

DATED: 21.08.2006

AMOUNT: USD 4,74,000.00

DUE DATE: 19-11-2006

AT 90 DAYS FROM THE DATE OF SHIPPED ON BOARD BILL OF LADING PAY THIS FIRST BILL OF EXCHANGE (SECOND OF THE SAME TENOR AND DATE BEING UNPAID) TO THE ORDER OF ORIENTAL BANK OF COMMERCE, OVERSEAS BRANCH, M – 33, G. K. – II, NEW DELHI – 110 048 (INDIA) A SUM OF USD 4,74,000.00 (U.S. DOLLARS FOUR HUNDRED SEVENTY FOUR THOUSAND ONLY)

THIS BILL OF EXCHANGE HAS BEEN DRAWN IN CONNECTION WITH SHIPMENT OF 2000.000 M.TONS INDIAN LONG GRAIN PARBOILED RICE 100I, FULLY SORTEXED, FRESH NEW CROP UNDER BILL OF LADING NO.SNKADU03 DATED: 21.08.06 PER VESSEL "M.V.SUJITRA NAREE" AND COVERED UNDER OUR COMMERCIAL INVOICE NO. RICE/026 DATED 21.08.2006.

FOR EMMSONS INTERNATIONAL LIMITED

*[signature]*

AUTHORISED SIGNATORY

**DRAWN ON:**
AKILA TRADING (PTY) LTD.
P.O.BOX 306, GATESVILLE 7766,
CAPETOWN.
REPUBLIC OF SOUTH AFRICA.

**BANKER:**
STATE BANK OF INDIA,
CAPE TOWN BRANCH, 21ST FLOOR,
LG BUILDING, THIBAULT SQUARE,
CAPE TOWN – 8001, SOUTH AFRICA

ATTN.: MR. SADICK ISAACS.
TEL. NO.: 0027-21-421 3762
FAX NO.: 0027-21-421 3219




Admn. Off.: 101 South Delhi House, 12 Zamrudpur Community Centre, Kailash Colony, New Delhi-110 048, India.
Tel.: 2924 7721-25 Fax: 91 11 2924 7730, 4163 2081 e-mail: corporate@emmsons.com Visit us: www.emmsons.com
Regd. Office: 2637 (First Floor), Naya Bazar, Delhi-110006. Tel.: 2392 9341, 2392 2810 Fax: 91 11 2392 4234

# COMMERCIAL INVOICE

| Shipper | No. & Date |
|---|---|
| M/S EMMSONS INTERNATIONAL LIMITED<br>101, SOUTH DELHI HOUSE,<br>12, ZAMRUDPUR COMMUNITY CENTRE,<br>KAILASH COLONY, NEW DELHI - 110 048, INDIA | RICE/026 DATED : 21.08.2006 |
| | **Buyer's Order No. & Date**<br>CONTRACT NO.: RC/25/06 DATED: 22.05.06 |
| **Consignee**<br>TO ORDER | **Buyer (if other than consignee)**<br>AKILA TRADING (PTY) LTD.<br>P.O. BOX 306, GATESVILLE 7766,<br>CAPETOWN,<br>REPUBLIC OF SOUTH AFRICA |
| **Notify**<br>AKILA TRADING (PTY) LTD.<br>P.O. BOX 306, GATESVILLE 7766,<br>CAPE TOWN,<br>REPUBLIC OF SOUTH AFRICA | **Country of Origin of Goods**: INDIA / **Country of Final Destination**: SOUTH AFRICA |
| **Pre-Carriage by**: N.A. | **Place of Receipt by Pre-carrier**: N.A. | **Terms of Delivery and Payment**<br>DELIVERY : FAS KAKINADA<br>PAYMENT : AT 90 DAYS FROM THE DATE<br>OF SHIPPED ON BOARD BILL OF LADING. |
| **Vessel**: M.V. SUJITRA NAREE | **Port of Loading**: KAKINADA, INDIA | |
| **Port of Discharge**: DURBAN, SOUTH AFRICA | **Final Destination**: DURBAN, SOUTH AFRICA | |

| Marks & Nos. | No. & Kind of Packings | Description of Goods | Quantity MT | Rate USD. | Amount USD. |
|---|---|---|---|---|---|
| SHANI<br>PREMIUM QUALITY<br>LONG GRAIN<br>PARBOILED RICE<br>50 KG NET<br>Specially Packed for :<br>Akila Trading (Pty) Ltd.,<br>South Africa<br>Tel.: +27-21-6342140<br>Fax: +27-21-6342144<br>Email: akilagroup@mweb.co.za<br>Website: www.akilagroup.com | 40000 Bags<br>Packed in Strong<br>Single PP Bags<br>(130 GM. Min.)<br>50 KG Net Weight | Indian Long Grain Parboiled Rice, 100% Fully Sortexed, Fresh New Crop<br><br>BROKEN : 10% Maximum<br>MOISTURE : 14% Maximum<br>Damage / Discoloured Grains : 1.75 % Max.<br>Black Grain / Black Tip : Nil<br>Foreign Matter : Nil | 2000.000 | 237.00<br>PMT<br>FAS<br>KAKINADA | 474,000.00 |

TOTAL NUMBER OF BAGS : 40000 BAGS
TOTAL NET WT. : 2000.000 MTs
TOTAL GROSS WT. : 2605.200 MTs

We certify that the above mentioned goods are of Indian Origin

| Amount Chargeable : U.S. DOLLARS FOUR HUNDRED SEVENTY FOUR THOUSAND ONLY | 474,000.00 |
|---|---|
| | Signature<br>For EMMSONS INTERNATIONAL LIMITED<br>AUTHORISED SIGNATORY |

# PACKING LIST

| | |
|---|---|
| **Shipper** | **No & Date** |
| M/S EMMSONS INTERNATIONAL LIMITED | RICE/026 DATED : 21.08.2006 |
| 101, SOUTH DELHI HOUSE, | |
| 12, ZAMRUDPUR COMMUNITY CENTRE, | **Buyer's Order No. & Date** |
| KAILASH COLONY, NEW DELHI - 11 00 48. INDIA | CONTRACT NO.:RC/25/06 DATED. 22.05.06 |
| **Consignee** | **Buyer (If other then consignee)** |
| TO ORDER | AKILA TRADING (PTY) LTD. |
| | P.O.BOX 306,GATESVILLE 7766, |
| **Notify** | CAPETOWN, |
| AKILA TRADING (PTY) LTD. | REPUBLIC OF SOUTH AFRICA |
| P.O.BOX 306,GATESVILLE 7766, | |
| CAPE TOWN, | **Country of Origin of Goods** / **Country of Final Destination** |
| REPUBLIC OF SOUTH AFRICA | INDIA / SOUTH AFRICA |
| **Pre-Carriage by** / **Place or Receipt by Pre-carrier** | **Terms of Delivery and Payment** |
| N.A. / N.A. | DELIVERY : FAS KAKINADA |
| **Vessel** / **Port of Loading** | PAYMENT: AT 90 DAYS FROM THE DATE OF |
| M.V. SUJITRA NAREE / KAKINADA, INDIA | SHIPPED ON BOARD BILL OF LADING |
| **Port of Discharge** / **Final Destination** | |
| DURBAN, SOUTH AFRICA / DURBAN, SOUTH AFRICA | |

| Marks & Nos | No.& Kind of Packings | Description of Goods | Quantity MT | REMARKS |
|---|---|---|---|---|
| SHANI<br>PREMIUM QUALITY<br>LONG GRAIN<br>PARBOILED RICE<br>50 KG NET<br>Specially Packed for :<br>Akila Trading (Pty) Ltd.,<br>South Africa<br>Tel.: +27-21-5342140<br>Fax: +27-21-5342144<br>Email: akilagroup@mweb.co.za<br>Website: www.akilagroup.com | 40000 Bags<br>Packed in Strong<br>Single PP Bags<br>(130 GM. Min.)<br>50 KG Net Weight. | Indian Long Grain Parboiled Rice, 100% Fully Sortexed, Fresh New Crop<br><br>BROKEN : 10% Maximum<br>MOISTURE : 14% Maximum<br>Damage / Discoloured<br>Grains : 1.75 % Max.<br>Black Grain / Black Tip : Nil<br>Foreign Matter : Nil | 2000.000 | |

TOTAL NUMBER OF BAGS : 40000 BAGS
TOTAL NET WT. : 2000.000 MTs
TOTAL GROSS WT. : 2005.200 MTs

We certify that the above mentioned goods are of Indian Origin

Signature
For EMMSONS INTERNATIONAL LIMITED

AUTHORISED SIGNATORY

# CERTIFICATE OF ORIGIN

**Exporter**
EMMSONS INTERNATIONAL LIMITED
101, SOUTH DELHI HOUSE,
12, ZAMRUDPUR COMMUNITY CENTRE,
KAILASH COLONY, NEW DELHI - 110 048, INDIA.

**Consignee**
TO THE ORDER

**Notify**
AKILA TRADING (PTY) LTD,
P.O.BOX 306, GATESVILLE, 7766,
CAPETOWN,
REPUBLIC OF SOUTH AFRICA.

**No.:**

(Seal: THE COCANADA CHAMBER OF COMMERCE)

| Pre-Carriage by | Place of Receipt by Pre-carrier |
|---|---|
| Vessel/Flight No. **M.V. SUJITRA NAREE** | Port of Loading **KAKINADA** |
| Port of Discharge **DURBAN** | Final Destination **DURBAN, SOUTH AFRICA** |

| Shipping Marks | Description of Goods | Quantity |
|---|---|---|
| SHANI<br>PREMIUM QUALITY<br>LONG GRAIN<br>PARBOILED RICE<br>50 KG NET<br>specially packed for:<br>Akila Trading (Pty) Ltd.,<br>Tel:+27-21-5342140<br>Fax:+27-21-5342144<br>Email: akilagroup@mweb.co.za<br>Website:WWW.akilagroup.com | INDIAN LONG GRAIN PARBOILED RICE 100%, FULLY SORTEXED, FRESH NEW CROP.<br><br>PACKING:<br>PACKED IN STRONG SINGLE PP BAGS (130 GM.MIN.)50 KG NET WEIGHT | Gross<br>**2005.200**<br>Metric Tons<br><br>Net Weight<br>**2000.000**<br>Metric Tons |

## CERTIFICATION

It is hereby certified to the best of our knowledge and belief the above mentioned goods are of Indian origin.

For THE COCONADA CHAMBER OF COMMERCE
Signature & Date
SECRETARY

CODE NAME: "CONGENBILL" EDITION 1978

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.

SNKADU03

Reference No.

**Shipper**
EMMSONS INTERNATIONAL LIMITED
101, SOUTH DELHI HOUSE
12, ZAMRUDPUR COMMUNITY CENTRE
KAILASH COLONY, NEW DELHI-110048, INDIA

**Consignee**

TO ORDER

**FIRST ORIGINAL**

**Notify address**

AKILA TRADING (PTY) LTD.
P.O.BOX 306, GATESVILLE 7766,
CAPE TOWN,
REPUBLIC OF SOUTH AFRICA

**Vessel**: MV. SUJITRA NAREE   **Port of loading**: KAKINADA, INDIA

**Port of Discharge**: DURBAN, SOUTH AFRICA

**Shipper's description of goods**                                                **Gross weight**

SHIPPING MARKS      TOTAL 40000 BAGS (TOTAL FOURTY THOUSAND BAGS ONLY)      GROSS WEIGHT: 2005.200 MT
                                                                              NET WEIGHT: 2000.000 MT
SHANI                INDIAN LONG GRAIN                                       SAID TO BE, SAID TO WEIGH
PREMIUM QUALITY      PARBOILED RICE, 100%,                                   SAID TO CONTAIN
LONG GRAIN           FULLY SORTEXED, FRESH NEW CROP                          QUALITY AND QUANTITY UNKNOWN
PARBOILED RICE                                                               "FREIGHT PAYABLE AS PER BOOKING NOTE"
50 KG NET            PACKING:
SPECIALLY PACKED FOR:   PACKED IN STRONG SINGLE PP BAGS                      "FOR DELIVERY CONTACT:
AKILA TRADING (PTY) LTD.,   (130 GM.MIN.) 50 KG NET WEIGHT                   PORT SIDE SHIPPING AGENCIES (PTY) LTD.,
TEL:+27-21-5342140                                                           SUITE 2901, 29th FLOOR, DURBAN,
FAX:+27-21-5342144   S.B.NOS: 0029 DTD. 2.8.2006                             BAY HOUSE, 333 SMITH STREET, DURBAN-4000,
EMAIL: akilagroup@mweb.co.za    0030 DTD. 3.8.2006                           TEL:+2731 3285777, FAX:+2731 3053944"
WEBSITE:WWW.akilagroup.com      0031 DTD. 3.8.2006                           CLEAN ON BOARD

ANY ALTERATIONS, ADDITIONS OR      TERMS OF CARRIAGE: FLT             [ Loaded On BOARD ]
ERASURES IN THIS BILLS OF LADING   "B/L RELEASED SUBJECT TO            [ THE VESSEL       ]
AFTER IT IS ISSUED WILL BE         DUPLICATE COPY OF MATE              [ DATE: 21st AUG. 2006 ]
TREATED AS NULL AND VOID.          RECEIPT NOS: 26,27,28 ATTACHED"     [ BY               ]
ONLY FRESH OBLS WILL BE ISSUED          on deck at Shipper's risk, the Carrier not
IF REQUEST IS MADE FOR ANY ALTERATIONS    being responsible for loss or damage howsoever arising)

ALL SUBSEQUENT B/L OF LADING WILL BE
ENFORCED/ACCORDING TO THIS RELEVENT CLAUSE
AND AS PER COPY OF THE ORIGINAL ON FILE.
FREIGHT ADVANCE.
Received on account of freight:

S H I P P E D at the port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quantity, condition, contents and value unknown.
In WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Time used for loading** ___ days ___ hours

**Freight payable at**: FREIGHT PAYABLE AS PER BOOKING NOTE   **Place and date of issue**: 21st AUG. 2006

**Number of original Bs/L**: THREE/3   **Signature**: FOR AND ON BEHALF OF MASTER MV SUJITRA NAREE
CAPT. V. SOUZA MICHAEL CLEMENT



# FUMIGATION SERVICES

Branch : 19-7-15, 1st Floor, Mantri Pragadavari Street, Kakinada - 533 001
Tel : 2366328 Fax : 2361667 E-mail : fumikak@sancharnet.in Website : www.fumigationservice.com



## FUMIGATION CERTIFICATE

Cert. No. FS/KKD/OB/215/06

This is to certify that the vessel M.V. SUJITRA NAREE inroads Kakinada has been fumigated as per the details given below:

| | |
|---|---|
| Name of the Exporter | : EMMSONS INTERNATIONAL LIMITED<br>101, SOUTH DELHI HOUSE<br>12, ZAMRUDPUR COMMUNITY CENTRE<br>KAILASH COLONY,<br>NEW DELHI -110 048, INDIA |
| Consignee | : TO ORDER |
| Notify | : AKILA TRADING (PTY) LTD,<br>P.O.BOX 306, GATESVILLE 7766,<br>CAPE TOWN,<br>REPUBLIC OF SOUTH AFRICA |
| Description of Commodity | : INDIAN LONG GRAIN PARBOILED RICE 1001, FULLY SORTEXED, FRESH NEW CROP |
| Name of the Vessel | : M.V. SUJITRA NAREE |
| Hatch Numbers | : 5 |
| Port of Loading | : KAKINADA PORT, INDIA |
| Port of Discharge | : DURBAN, SOUTH AFRICA |
| Name of the Fumigant | : ALUMINIUM PHOSPHIDE 12 GMS PER METRIC TON |
| Temperature | : 32°C    Exposure: 12.0 hours |
| Quantity | : 2005.200 MT Gross<br>2000.000 MT Net |
| Shipping Marks | : SHANI PREMIUM QUALITY LONG GRAIN PARBOILED RICE 50 KG NET Specially packed for Akila Trading (Pty) Ltd., South Africa Tel.+27-21-5342140, Fax:+27-21-5342144, Email:akilagroup@mweb.co.za Website:www.akilagroup.com |
| Packing | : 40,000 BAGS PACKED IN STRONG SINGLE PP BAGS (130 GM. MIN.) 50 KG NET WEIGHT |
| Date of Fumigation | : 21-08-2006 |
| Fumigation Commenced at | : 0515 Hours |
| Fumigation Completed at | : 0700 Hours |

For FUMIGATION SERVICES

P.R. CHARI
MANAGER

MASTER
M.V. SUJITRA NAREE

Head Office : Chennai - Branches : ● Bangalore ● Cochin ● Vizag ● Guntur ● Hyderabad ● Kakinada ● New Delhi ● Tuticorin

EXCHANGE CONTROL DECLARATION (GR) FORM NO. AX 0519558   Duplicate

| Exporter | | | |
|---|---|---|---|
| ISKCON INTERNATIONAL LIMITED | CUSTOM HOUSE | | 2 AUG 2006 |
| 101, SOUTH DELHI HOUSE, | | | |
| 129 ZAMRUDPUR COMMUNITY CENTRE, | KAKINADA | | 8594029261 |
| KAILASH COLONY, NEW DELHI-110 048 | PIN-533 001 | | 4601-0270016 |

Consignee: TO ORDER

Notify: AMIRA TRADING (PTY) LTD
P.O.BOX: 306, GATESVILLE 7766
CAPE TOWN, REPUBLIC OF SOUTH AFRICA

Contract dated 22.05.2006

Custom House Agent Lic No. 2/2004
SEABIRD SEA & AIR LOGISTICS P LTD
KAKINADA

G.R. NO & DATE
AX 0519558
Dated 02.08.2006

Vessel: M.V. SUCITRA NAREE
Port: KAKINADA ANCHORAGE

Port of Destination: DURBAN/SOUTH AFRICA
Exchange Rate: 1 USD = Rs. 46.60
Currency of Invoice: USD

| S.No. | Marks & Nos. | No. & Kind of Pkgs. Container No. | Description of Goods | Quantity | Value FOB |
|---|---|---|---|---|---|
| | SHAMI | 20,000 BAGS 100630.10 | INDIAN LONG GRAIN PARBOILED RICE PACKED IN STRONG SINGLE PP BAGS (130 GM.MIN) 50 KG NET WEIGHT. EACH GROSS WT OF BAG: 50.130 KGS EACH BAG NET WT: 50 KGS. PRICE: USD 237 PMT FAS KAKINADA. DEPB PARTICULARS: S.NO. 22(D) of P.N.NO.29/2006 DATED 03.07.2006 1% ON FOB VALUE. | 1000.000 MT | Rs. 1,10,44,200/- |

Net Weight: 1000.000 MT
Gross Weight: 1002.600 MT

Total FOB Value in words: Rupees One Crore Ten Lakhs Fourty Four Thousand Two Hundred only

| Analysis of Export Value | Currency | Amount | |
|---|---|---|---|
| FOB Value | USD 237 PMT | 237,000.00 | 4906000023 |
| Freight | | | USD |
| Insurance | | | $ 237,000.00 |
| Commission | | | |
| Discount | | | |
| Other Deductions | | | |

| S.No. | Export Tariff No. | Assessable Value under Sec 14 CA | DUTY Rate | Amount | CESS Rate | Amount | Total Duty & Cess | Duty payment particulars |
|---|---|---|---|---|---|---|---|---|
| | | 10989252.73 | N.A. | | N.A. | | N.A. | |

For SEABIRD SEA & AIR LOGISTICS PVT. LTD.
(Ch. Rama Krishna)
Authorised Signatory

# EXCHANGE CONTROL DECLARATION (GR) FORM NO. AZ 746044

| | |
|---|---|
| Exporter: ESSEMS INTERNATIONAL LIMITED, 101, SOUTH DELHI HOUSE, 12, ZAMRUDPUR COMMUNITY CENTRE, KAILASH COLONY, NEW DELHI 110048 | AR4/AR4A No. & Date: 001, 3 AUG 2006, 0594029261, RBI Code No. 6601-0270016 |
| Consignee: TO ORDER | |
| AKILA TRADING (PTY) LTD., P.O. BOX 306, GATESVILLE 7766, CAPETOWN, REPUBLIC OF SOUTH AFRICA | Export Under: Deferred Credit, Joint Venture, Rupee Credit, Others, RBI Approval/GR. No. & Date |
| Custom House Agent: SEABIRD SEA & AIR LOGISTICS P LTD, KAKINADA  L/C No. 2/2004 | Port of Loading: KAKINADA ANCHORAGE |
| Vessel/Flight No.: M.V. SUPRIYA NAREE | |
| Port of Destination: DURBAN/SOUTH AFRICA | |

| Marks & Nos. | Container No. 100620.10 | Description | Quantity 500.000 MT | Value FOB Rs. 55,22,100 |
|---|---|---|---|---|
| SHAMI | 10000 BAGS | INDIAN LONG GRAIN PARBOILED RICE 100% FULLY SORTEXED FRESH NEW CROP. PACKING: PACKED IN STRONG SINGLE PP BAGS (130 GMS MIN) 50 KG NET WEIGHT. EACH BAG GROSS WT: 50.150 KGS EACH BAG NET WT: 50 KGS. PRICE: USD 237 PMT FAS KAKINADA. DEPB PARTICULARS: S.NO:22(D) OF P.N.NO:79/2006 DATED 03.07.2006 1% ON FOB VALUE RICE NOSE 34 | | |

Net Weight: 500.000 MT
Gross Weight: 501.500 MT

Total FOB Value in Words: Rupees Fifty Six Lakhs Twenty Two Thousand One Hundred

| Analysis of Export value | Currency | Amount |
|---|---|---|
| FAS | USD 237 PMT | $ 118,500.00 |
| Freight | | |
| Insurance | | |
| Commission | | |
| Discount | | |
| Other Deductions | | |

Full export value: US DOLLARS $ 118,500.00

| SI No. | Export Tariff No. | Assessable Value under Sec. 14 CA | Duty Rate | Amount | Cess Rate | Amount | Total Duty & Cess | Duty payment particulars |
|---|---|---|---|---|---|---|---|---|
| | | Rs.54,94,626.95 | | | | N.A. | N.A. | |

For SEABIRD SEA & AIR LOGISTICS PVT. LTD.
(Ch. Rama Krishna)
Authorised Signatory

# EXCHANGE CONTROL DECLARATION (GR) 

| | |
|---|---|
| Exporter: ESMONS INTERNATIONAL LIMITED<br>101, SOUTH DELHI HOUSE<br>12, ZAMRUDPUR COMMUNITY CENTRE<br>KAILASH COLONY, NEW DELHI 110 048. | GR No. & Date: Duplicate<br>0030<br>Invoice No. & Date: 3 AUG 2006<br>0594029261<br>RBI Code No. 4601-0270016 |
| Consignee: TO ORDER<br>NOTIFY: AKILA TRADING (PTY) LTD<br>P.O.BOX 306, GATESVILLE 7766<br>CAPE TOWN,<br>REPUBLIC OF SOUTH AFRICA. | Exchange Control Contract No:<br>AC/25/06<br>Dated 22.05.06 |
| Custom House Agent: LIC. No. 2/2004<br>SEABIRD SEA & AIR LOGISTICS P LTD<br>KAKINADA | G.R.Nos<br>AZ 746045<br>Dt.03.08.06<br>ORIGIN: A.P. |
| Pre-Carriage by: N.A. | Place of Receipt by Pre-Carrier: N.A. |
| Vessel/Flight No.: M.V.SUJITRA NAREE | Port of Loading: KAKINADA ANCHORAGE |
| Port of Discharge: DURBAN/SOUTH AFRICA | Country of Destination<br>Exchange Rate U/S 14 of CA: 1 USD = Rs.46.60<br>Currency of Invoice: US DOLLARS |

| S.No. | Marks & Nos. | No. & Kind of Pkgs. Container No. | Statistical Code & Description of Goods | Quantity MTS | Value FOB |
|---|---|---|---|---|---|
| | SWAMI | 10,000 Bags | INDIAN LONG GRAIN PARBOILED RICE 100% FULLY SORTEXED FRESH CROP<br>PACKED IN STRONG SINGLE PP BAG OF (130 GMS) (IB) 50 KG NET WT.<br>EACH BAG GROSS: 50.130 KGS.<br>EACH BAG NET : 50 KGS<br>PRICE: USD 237 PMT FAS KAKINADA.<br>DEPB PARTICULARS: S.No: 22(D) of P.N.No: 29/2006 Dated 02.07.2006 1% ON FOB VALUE<br>SION NO: E 38. | 500.000 | 55,22,100 |

Net Weight: 500.000 MT
Gross Weight: 501.300 MT

Total FOB Value in words: Rupees Fifty five lakhs twenty two thousand one hundred only

| Analysis of Export value | Currency | Amount | Full export value OR where not applicable, the value which exporter expects to receive on the sale of goods |
|---|---|---|---|
| FOB Value | USD 237 MT | $ 118,500.00 | Currency: US DOLLARS<br>Amount: $118,500.00 |
| Freight | | ** | |
| Insurance | Rate | ** | |
| Commission | | ** | |
| Discount | | ** | |
| Other Deductions | | | |

| Sl. No. | Export Tariff No. | Assessable Value under Sec. 14 CA | DUTY | | CESS | | Total Duty & Cess | Duty payment particulars |
|---|---|---|---|---|---|---|---|---|
| | | | Rate | Amount | Rate | Amount | | |
| | | Rs. 54,94,626.85 | | N.A. | | N.A. | N.A. | |

Total Duty/Cess Amount in words: Rupees

Collection Stamp

# GOVERNMENT OF INDIA
## MINISTRY OF AGRICULTURE
### DEPARTMENT OF AGRICULTURE & COOPERATION
### DIRECTORATE OF PLANT PROTECTION, QUARANTINE & STORAGE
N.H. IV, Faridabad - 121 001, (Haryana)

# PHYTOSANITARY CERTIFICATE

PSC. No. **0477162**
F. Reg. No. **200601340**

**1. FROM: PLANT PROTECTION ORGANISATION OF INDIA**

**2. TO: THE PLANT PROTECTION ORGANISATION OF SOUTH AFRICA**

## DESCRIPTION OF CONSIGNMENT

**3. Name & address of exporter:**
EMMSONS INTERNATIONAL LIMITED,
101, SOUTH DELHI HOUSE,
12, ZAMRUDPUR COMMUNITY
CENTRE, KAILASH COLONY,
NEW DELHI - 110048

**4. Declared name & address of consignee:**
AKUA TRADING (PTY) LTD.,
P.O.BOX 406,
GATESVILLE 7766,
CAPE TOWN,
REPUBLIC OF SOUTH AFRICA

**5. Declared means of conveyance:** BY SEA - M.V. SUJITRA NAREE

**6. Place of origin:** INDIA

**7. Declared point of entry:** DURBAN

**8. Distinguishing marks:** AS PER BUYER'S MARKING

**9. Number & description of packages:** 40,000 POLYPROPYLENE BAGS, EACH OF 50 KG NETT

**10. Name of produce / Botanical name of plants:** INDIAN PARBOILED RICE (Oryza sativa)

**11. Quantity declared:** 2000 MT ONLY

This is to certify that the plants or plant products described above have been inspected according to appropriate procedures and are considered to be free from quarantine pests, and practically free from other injurious pests; and that they are considered to conform with the current phytosanitary regulations of the importing country.

## DISINFESTATION AND/OR DISINFECTION TREATMENT

**12. Date:** NIL
**13. Treatment:** NIL
**14. Chemical (active ingredient):** NIL
**15. Duration & Temperature:** NIL
**16. Concentration:** NIL
**17. Additional information:** NIL

**Additional declaration:**
NIL. S.B. NO. 0023 DATED 02/08/2006, 0030 DATED 03/08/2006 & 0031 DATED 03/08/2006.

Date: 22/08/2006
Place of issue: VISAKHAPATNAM
File No: "C" (PPQS), 1(17)


Stamp of organisation

Name of authorised officer
Signature
**DR. C.S.K. VIJAYAKUMAR**
PLANT PROTECTION OFFICER (17)
OFFICER-IN-CHARGE

*No financial liability shall lie with the Ministry of Agriculture (Department of Agriculture and Co-operation), Government of India or any Official of the Directorate of Plant Protection, Quarantine and Storage, in connection with issue of this Certificate.*



ANS (7)

# AKILA TRADING (PTY) LIMITED

Reg. No. 1999/022012/07 Vat No. 4070190741

P.O. Box 306, Gatesville, 7766; Cape Town, Republic of South Africa
Tel. : +27-21-5342140 Fax : +27-21-5342144 E-mail : akilagroup@mweb.co.za
DURBAN Tel. : +27-31-3320653, 3328035 Fax : +27-31-3324136 E-mail : akila3@mweb.co.za
Website : www.akilagroup.com

| | | |
|---|---|---|
| **CONTRACT NUMBER** | : RC/25/06 | 22/05/06 |
| **SELLER** | : EMMSONS INTERNATIONAL LIMITED | |
| | 101 South Delhi House, 12 Zamrudpur Community Centre, Kailash Colony, New Delhi 110048 | |
| **BUYER** | : AKILA TRADING (PTY) LTD. | |
| | P.O. Box 306; Gatesville 7766; Cape Town; Republic of South Africa | |
| **COMMODITY** | : Indian Long Grain Parboiled Rice, 1001, Fully Sortexed, fresh new crop | |
| **SPECIFICATIONS** | : Broken             : 10% Maximum | |
| | Moisture           : 14% Maximum | |
| | Damage / Discoloured Grains : 1.75% Maximum | |
| | Black Grain / Black Tip    : Nil | |
| | Foreign Matter      : Nil | |
| **PACKING** | : Strong single PP bags (130 gm min.) 50 Kg net weight | |
| **QUANTITY** | : 6000 MT in Break Bulk | |
| **PRICE** | : US$ 237 PMT FAS KAKINADA | |
| **PAYMENT** | : Basis DA 90 Days from Shipped on board B/L. | |
| **SHIPMENT** | : July / August/September / October 2006 at buyer option. | |
| **SHIPPING MARKS** | :            SHANI | |
| | PREMIUM QUALITY | |
| | LONG GRAIN PARBOILED RICE | |
| | 50 KG NET | |
| | Specially Packed for : | |
| | Akila Trading (Pty) Ltd., South Africa | |
| | Tel: +27-21-5342140    Fax: +27-21-5342144 | |
| | Email: akilagroup@mweb.co.za    Website: www.akilagroup.com | |
| **SPECIAL CONDITIONS** | : Buyer is at liberty to buy this rice in one lot or 3-4 lots spread over the 4 Months, at any time of our choice during the period stated. | |

SHIPPING MARKS HAS TO BE PRINTED WITH BLUE COLOR INK AT THE FRONT AND REAR SIDES OF THE BAGS. SHANI TO BE VERY BOLD CODE "BL" TO BE WRITTEN IN SAME INK AT THE BOTTOM RIGHT HAND CORNER OF BOTH SIDES OF THE BAGS FOR THE PURPOSE OF IDENTIFICATION OF THE SELLER. SHANI PREMIUM QUALITY RICE TO BE PRINTED ON LONGER SIDE OF THE BAGS ON BOTH SIDES.

THIS PURCHASE CONTRACT IS MADE IN TWO COPIES, ONE OF WHICH SHALL BE SIGNED BY THE SELLER AND RETURNED. FAILURE TO DO SO AND SELLER'S RETENTION OF THE CONTRACT SHALL CONSTITUTE ACCEPTANCE OF THE TERMS AND CONDITIONS HEREOF.

For and on behalf of the buyer                      For and on behalf of the seller
M/s. Akila Trading (Pty) Ltd.                       M/s Emmsons International Limited

**Authorised Signatory**                            Authorised Signatory

Directors : Mr. D. Bhandari*, Mr. S. Khan, (*Indian)




ANS (7.)

# AKILA TRADING (PTY) LIMITED

Reg. No. 1999/022012/07 Vat No. 4070190741

P.O. Box 306, Gatesville, 7766; Cape Town, Republic of South Africa
Tel. : +27-21-5342140 Fax : +27-21-5342144 E-mail : akilagroup@mweb.co.za
DURBAN Tel. : +27-31-3320653, 3328035 Fax : +27-31-3324136 E-mail : akila3@mweb.co.za
Website : www.akilagroup.com

23/05/06

### Re: Amendment No 1 to Contract No. RC/25/06, DATED 22/05/06

| | |
|---|---|
| **CONTRACT NUMBER** | : RC/25/06 |
| **SELLER** | : EMMSONS INTERNATIONAL LIMITED. 101 South Delhi House, 12 Zamrudpur Community Centre, Kailash Colony, New Delhi 110048, |
| **BUYER** | : AKILA TRADING (PTY) LTD. P.O. Box 306; Gatesville 7766; Cape Town; Republic of South Africa |
| **COMMODITY** | : Indian Long Grain Parboiled Rice, 100%, Fully Sortexed, fresh new crop |
| **QUANTITY** | : 6000 MT in Break Bulk |

DEAR SIR,

AS PER MUTUAL AGREEMENT BETWEEN BOTH THE ABOVE PARTIES, THE ABOVE CONTRACT HAS BEEN AMENDED AS FOLLOWS:

**SHIPMENT** : July / August/September 2006 at buyer option.

**SPECIAL CONDITIONS** : Buyer is at liberty to buy the rice in one lot or 3-4 lots spread over the 3 Months, at any time of his choice during the period stated.

ALL OTHER TERMS AND CONDITIONS TO BE REMAIN UNCHANGED

For and on behalf of the buyer
M/S. AKILA TRADING (PTY) LTD.

*[signature]*

Authorised Signatory

For and on behalf of the seller
M/S.EMMSONSINTERNATIONAL LIMITED .

*[signature]*

Authorised Signatory

Directors : Mr. D. Bhandari*, Mr. S. Khan, (*Indian)