EXHIBIT

G

ओरियन्टल बैंक ऑफ कॉमर्स
(भारत सरकार का उपक्रम)
ओवरसीज ब्रांच
एम-33, एम-ब्लाक मार्किट, ग्रेटर कैलाश पार्ट-II
नई दिल्ली-110048 (इंडिया)
फोन : 29212188, 29214088, 29218779
              29212234, 29212235
टेलेक्स : 031-71178 ओबीसी-इन
फैक्स : 91-11-29215291, 29224089
सविफ्ट : ORBCINBBANPO
दूरभाष बैंकिंग : 29215262, 29218785

**ORIENTAL BANK OF COMMERCE**
(A GOVERNMENT OF INDIA UNDERTAKING)
Overseas Branch
M-33, M- Block Market, Greater Kailash Part-II
New Delhi-110048 (INDIA)
Phones : 29212188, 29214088, 29218779
              29212234, 29212235
Telex : 031-71178 OBC-IN
Fax : 91-11-29215291, 29224089
Swift : ORBCINBBANPO
Tele Banking : 29215262, 29218785

Date : 16th December, 2006

**STANDARD CHARTERED BANK**
**ONE MADISON AVENUE,**
**NEW YORK, NY 10010-3603**
**U.S.A.**

Your Ref. : SCBP0454 dated 07th December 2006

Re. : Our Bill under reference No. 0619426280106 dtd. 28.08.2006
for USD 474000.00

Dear Sir,

This is with reference to our MT 999 dated 061121, 061129, 061204, 061207, MT 499 dated 061213, 061215, 061216 and your MT 999 dated 061208 regarding payment of our above mentioned bill.

We would again like to inform you that drawer of the above bill i.e. Emmsons International Ltd. New Delhi, India is a company registered in India under the Company Act, 1956 from 15th day of April 1993, this company has been recognized as Three Star Export House by Government of India, this company is a well established having good track records and also enjoying a substantial credit facilities in our Bank.

We further inform you that above bill was drawn on M/s Akila Trading (Pty) Ltd. Republic of South Africa against export of 2000 Mts. of Indian Long Grain Parboiled Rice by drawer and we had purchased the above bill on 28th August 2006 with due date of payment on 19th November 2006 and documents were sent for realization to State Bank of India, Johannesburg, Republic of South Africa to remit the payment on due date in our account with ABN AMRO BANK N.V. 445 Park Avenue, Floor 4, New York, NY 10022 and they also confirm the acceptance of document and due date of payment.

Contd.....2/-



ओरियन्टल बैंक ऑफ कॉमर्स
(भारत सरकार का उपक्रम)
ओवरसीज ब्रांच
एम-33, एम-ब्लाक मार्किट, ग्रेटर कैलाश पार्ट-II
नई दिल्ली-110048 (इंडिया)
फोन : 29212188, 29214088, 29218779
29212234, 29212235
टेलेक्स : 031-71178 ओबीसी-इन
फैक्स : 91-11-29215291, 29224089
स्विफ्ट : ORBCINBBANPO
दूरभाष बैंकिंग : 29215262, 29218785

**ORIENTAL BANK OF COMMERCE**
(A GOVERNMENT OF INDIA UNDERTAKING)
**Overseas Branch**
M-33, M- Block Market, Greater Kailash Part-II
New Delhi-110048 (INDIA)
Phones : 29212188, 29214088, 29218779
29212234, 29212235
Telex : 031-71178 OBC-IN
Fax : 91-11-29215291, 29224089
Swift : ORBCINBBANPO
Tele Banking : 29215262, 29218785

- 2 -

We have been informed that State Bank of India, Johannesburg has remitted the payment in two parts USD 274,000/- in value date 03.11.2006 and balance USD 200,000/- in value date 20.11.2006 with instruction to transfer the funds to our account with ABN AMRO BANK N.V. 445 Park Avenue, Floor 4, New York, NY 10022, however we have received only USD 108569.83 in value date 21.11.2006 and balance amount of USD 365427.17 is lying frozen with you.

We once again like to inform you that since captioned bill was purchased by us, by virtue of the same we become the holder of bill in due course and this frozen money belongs to Oriental Bank of Commerce only. There is no reason why this payment should be with held at your end. Hence you are again requested to remit the funds immediately with upto date interest till date of payment on USD Prime rate without any further delay under swift message to us. This money belongs to Oriental Bank of Commerce and we will hold you liable for any damages that we may face as a result of delay in remittance, we expect a speedy resolution and transfer of funds from your end.

Thanking you,

For **ORIENTAL BANK OF COMMERCE**

Assistant General Manager            Chief