EXHIBIT

H

Joseph A. Vogel (JV-5833)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GEB SHIPPING CO., LTD.,

                     Plaintiff,        06 CIV 7649 (RCC)

-against-

EMMSONS INTERNATIONAL LTD.,    ANSWER OF GARNISHEE
                                                        STANDARD CHARTERED BANK IN
                                                        RESPONSE TO MARITIME
                                                        ATTACHMENT AND GARNISHMENT

                   Defendant.
---------------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

    In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated September 22, 2006, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on November 3, 2006, the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendant,

#626

except for the following two (2) wire transfers which have been restrained pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

Wire No. 1:

| | |
|---|---|
| Transaction Reference: | 20061103-00040008 |
| Sender Reference Number: | 061103USD0793 |
| Wire Transfer Request Received (NY): | November 3, 2006 |
| Value Date: | November 3, 2006 |
| Amount of Wire: | US$274,000.00 |
| Amount Restrained: | US$274,000.00 |
| Originator: | State Bank of India |
| | JHI House |
| | 11 Cradock Avenue |
| | Johannesburg, ZA |
| Originator Bank: | State Bank of India |
| | 3rd Fl. JHI HSE, 11 Cradock Avenue |
| | Rosebank 2196 |
| | Johannesburg, South Africa |
| Beneficiary: | Oriental Bank of Commerce |
| | Overseas Branch New Delhi India |
| Orig to Bnf Info: | Pmt of ref 061900426280106IFO |
| | Emmsons Inter Imp Proceeds Remitted |
| | by Akila Trading |
| Beneficiary Bank: | ABN Amro Bank NV |
| | 84 William Street |
| | New York, NY 10038 |

Wire No. 2

| | |
|---|---|
| Transaction Reference: | 20061120-00047750 |
| Sender Reference Number: | 061120USD0883 |
| Wire Transfer Request Received (NY): | November 20, 2006 |
| Value Date: | November 20, 2006 |
| Amount of Wire: | US$200,000.00 |
| Amount Restrained: | US$91,427.17 |
| Originator: | State Bank of India |
| | 3rd Fl., JHI Hse, 11 Craddock Avenue |
| | Rosebank 2196 |
| | Johannesburg, South Africa |
| Originator Bank: | State Bank of India |
| | 3rd Fl. JHI Hse, 11 Cradock Avenue |
| | Rosebank 2196 |
| | Johannesburg, South Africa |
| Beneficiary: | Oriental Bank of Commerce |

#626

2

Orig to Ben Info:

Beneficiary Bank:

Regd. And Head Office,
P.O. Box 329 E-BLK, Connaught Place
New Delhi 110001, India
Final Pmt of Ref 061900426280106
IFO **Emmsons Intern** Imp Proc Rem By
Akila Trading
ABN Amro Bank NV
84 William Street
New York, NY 10038

Dated: New York, New York
November 22, 2006

KRAVET & VOGEL, LLP

By: _____
Joseph A. Vogel (JV-8533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO: Chalos, O'Connor & Duffy LLP
366 Main Street
Port Washington, New York 11050
(516) 767-3600

*Attorneys for Plaintiff*

#626                                           3

## VERIFICATION

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal – The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

_____
JAYSON JARUSHEWSKY

Sworn to before me this
22nd day of November 2006

_____
Notary Public

JOHANNA G. VARGAS
NOTARY PUBLIC, State of New York
No. 01VA6127634
Qualified in Bronx County
Commission Expires May 31, 2009

#626

4