# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

**Alina Shkoda**, being duly sworn, deposes and says:

1. That I am over the age of eighteen (18) years, am not a party to this action and my office address is 825 Third Avenue, New York, New York 10022.

2. That on the 7th day of March, 2007, I served the within

   1. **Plaintiff's Notice of Motion to Vacate the Ex-Parte Order for Process of Maritime Attachment and Garnishment Under Supplemental Rule E(4)(f) and to Dismiss the Complaint Pursuant to F.R.Civ.P. 12(b);**

   2. **Declaration of Eric Lindquist in support of the Motion, with attachments; and**

   3. **Memorandum of Law in support of the Motion;**

   4. **Affidavit of Service.**

to the party set forth below, by **FIRST CLASS MAIL**, mailing a true copy of the same in a properly addressed postal wrapper in an official postal depository under the exclusive care and custody of the Post Office within the State of New York, **upon:**

To:   Mr. Owen F. Duffy, Esq.
      Chalos, O'Connor & Duffy LLP
      366 Main Street
      Port Washington, New York 11050

_____
Alina Shkoda

Sworn to before me this
7th day of March, 2007.

_____
Notary Public

LAURA LACERENZA
Notary Public, State of New York
No. 30-4626733
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires January 31, 2011